**UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio (Columbus)

IN RE:

Maureen Kienle

Case No.: 10-56878

*FILED 2015 JUL 6 PM 2 17 KENNETH JORDAN, CLERK U.S. BANKRUPTCY COURT COLUMBUS, OHIO*

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., as Servicer, hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 3 from the Chapter 13 Trustee should be sent to the following address:

| **OLD Payment Address:** | **NEW Payment Address:** |
| --- | --- |
| Wells Fargo Financial Ohio Inc | Wells Fargo Financial Ohio Inc |
| PO Box 14486 | One Home Campus |
| Des Moines, IA 50306 | Attention: Payment Processing MAC X2302-04C |
|  | Des Moines, IA 50328 |

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Date: 6/30/2015

By: *Amanda Pederson*

Amanda Pederson
Vice President Loan Documentation

Specific Contact Information:
Wells Fargo Bank, N.A.
Attention: Bankruptcy Department MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715
P:800-274-7025 E:wffbkcourtfilings@wellsfargo.com

722012-c0be411f-f903-48aa-94f4-309f92bb91ea-

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio (Columbus)

Chapter 13 No. 10-56878

Judge: C. Kathryn Preston

In re:

Maureen Kienle

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 02, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, and have noticed the US Bankruptcy Court by U.S. Mail, postage pre paid.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:  
Maureen Kienle  
1490 Slade Ave. ;103  
Columbus, OH 43235

Debtor's Attorney:  
Erin E. Schrader  
Rauser & Associates  
5 E. Long Street, Suite 300  
Columbus, OH 43215

Trustee:  
Frank M Pees  
130 East Wilson Bridge Road  
Suite 200  
Worthington, OH 43085

/s/ Bill Taylor  
Authorized Agent

722012-9e844fd9-ba21-4433-91c4-78fa85dcdec6-